LAW OFFICES OF MORALES & LEANOS
Alfredo M. Morales, Esq. (SBN 69204)
75 E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone: (408) 294-5400
Facsimile: (408) 294-7102
Email: ammlaw@pacbell.net

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA SILOS, an indvidual; STEVEN JUAREZ JR., an individual and as successor in interest to Steven Juarez, deceased; ANDREW JUAREZ, an individual and as successor in interest to Steven Juarez, deceased; CATRINA MOLINA, an individual and as successor in interest to Steven Juarez, deceased; C.J., a minor, as successor in interest to Steven Juarez, deceased, by and through his guardian *ad litem* Catrina Molina; S.J., a minor, as successor in interest to Steven Juarez, deceased, by and through his guardian *ad litem*, Catrina Molina; N.J., a minor, as successor in interest to Steven Juarez, deceased, by and through his guardian *ad litem*, Augustina Armendariz, <br><br>                Plaintiffs, <br><br>vs. <br><br> CITY OF GILROY, MICHAEL McMAHON individually and as an officer of the Gilroy Police Department, DAVID LUDDEN, individually and as an officer | Case No. 19-CV-01283 EJD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

of the Gilroy Police Department, CHRIS SILVA individually and as an officer of the Gilroy Police Department, JASON GREATHEAD individually and as an officer of the Gilroy Police Department, MARTIN BELTRAN individually and as an officer of the Gilroy Police Department, DIANA BARRETT individually and as an officer of the Gilroy Police Department, KENNETH ELLSWORTH individually and as an officer of the Gilroy Police Department, and DOES 1-10, inclusive,

Defendants.

Plaintiffs MARTHA SILOS, et al. ("Plaintiffs"), and DEFENDANTS CITY OF GILROY, et al. ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS the parties have the Initial Case Management Conference ("CMC") in this matter scheduled for October 17, 2019 at 10:00 a.m.
2. WHEREAS counsel for Plaintiffs has a two-week domestic violence trial set to start on October 15, 2019 in Department 24 of the Santa Clara County Superior Court.
3. WHEREAS the parties have extensively met and conferred and agree that the CMC should be continued to November 21, 2019.
4. WHEREAS the parties agree to file a joint CMC statement on November ~~11~~ 10, 2019.
5. WHEREFORE, as good cause has been shown and the parties have stipulated thereto, by and through their respective counsel, the parties seek an Order from the Court to continue the CMC to November 21, 2019.

IT IS SO STIPULATED

- 2 -
STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, C19-01283 EJD

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: October 1, 2019          LAW OFFICES OF MORALES & LEANOS

                                By: /s/ Morales, Alfredo
                                Alfredo M. Morales
                                Attorney for Plaintiffs

Dated: October 1, 2019          MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

                                By: /s/ Blechman, Noah G.
                                Noah G. Blechman
                                Cameren N. Ripoli
                                Attorneys for Defendants
                                CITY OF GILROY, MICHAEL McMAHON, DAVID LUDDEN, CHRIS SILVA, JASON GREATHEAD, MARTIN BELTRAN, DIANA BARRETT, and KENNETH ELLSWORTH

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS: The Initial Case Management Conference set for October 17, 2019, is hereby continued to November 21, 2019, at 10:00 a.m., and the parties are to file a CMC statement no later than November 11, 2019, ten days prior to this new date.

**IT IS SO ORDERED**

Dated: ___October 4_____, 2019

By: [signature]
HON. EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE